UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANAI JAY BERTUCCI | CIVIL ACTION |
| VERSUS | NO: 12-2034 |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | SECTION: R(5) |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the 42 U.S.C. § 1983 claim brought by plaintiff Lanai Jay Bertucci against defendant Nelson Coleman Correctional Center is DISMISSED for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 15.