UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANAI JAY BERTUCCI | CIVIL ACTION |
| VERSUS | NO: 12-2034 |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | SECTION: R(5) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's suit is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

New Orleans, Louisiana, this 18th day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 22.